622

No. 9420. STATE OF MONTANA ex rel. WORTH A. O'BEIRN, RELATOR, *v.* DISTRICT COURT OF THE COUNTY OF TETON, ET AL., RESPONDENTS.

269 Pac. (2d) 388. .

Decided April 23, 1954.

*Messrs. McCabe & McCabe, Mr. Ernest J. McCabe, Jr.,* and *Mr. L. R. Bretz,* Great Falls, for Relator.

Per Curiam.

The application for writ of certiorari is denied and the proceedings here are dismissed without prejudice.